IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WILLIAM G. BECK and CHERYL A. BECK, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| VIGILANT INSURANCE COMPANY, | ) Case No.: 04:07-CV-657-HFS |
| | ) |
| and | ) |
| | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs and Defendants, by and through counsel, and pursuant to F.R.C.P. 41(a), hereby stipulate to the dismissal of this case, with prejudice, with each party to bear their own costs.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

 /s/ John E. Franke
JOHN E. FRANKE          #34908
8900 Ward Parkway
Kansas City, MO 64101
(816) 421-7100; Fax 421-7915
**ATTORNEYS FOR DEFENDANTS**

**LATHROP & GAGE, L.C.**

 /s/ William G. Beck
NICOLE S. FITZHUGH      #50220
WILLIAM G. BECK         #26849
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108
(816) 460-5748; Fax (816) 292-2001
**ATTORNEYS FOR PLAINTIFFS**