IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WILLIAM G. BECK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 07-00657-CV-W-REL |
| ) | |
| VIGILANT INSURANCE CO., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is a Stipulation of Dismissal (Doc. No. 12) signed by both parties. In accordance with Federal Rule of Civil Procedure 41(a), it is

ORDERED that this action is dismissed with prejudice. Each party shall bear their own costs.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
November 27, 2007